UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.

**ANTHONY L. KISOR,**

    **Defendant.**

Case No. 2:21-cr-137
Judge Edmund A. Sargus, Jr.
Magistrate Judge Nora McCann King

## ORDER

On August 18, 2021, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 14) recommending that the Court accept Defendant Anthony L. Kisor's guilty plea to Count 1 of the Information. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and **AFFIRMED**, and Defendant's guilty plea is **ACCEPTED**.

    IT IS SO ORDERED.


**8/30/2021**
**DATE**

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE